**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00524-CMA-KLM

THE ESTATE OF TERRANCE JORENBY, Deceased, by and through
DEBBIE JORENBY, as Personal Representative, and
DEBBIE JORENBY, individually and as surviving spouse of Terrance Jorenby,

    Plaintiffs,

v.

DON KRUEGER, individually and in his capacity as Clear Creek County Sheriff,
STU NAY, individually and in his capacity as Clear Creek County Undersheriff,
CAPT. JEFF SMITH, individually and in his capacity as a law enforcement officer,
SGT. MIKE LILLEY, individually and in his capacity as a law enforcement officer,
SGT. [First Name Unknown] GREMILLION, individually and in his capacity
as a law enforcement officer,
SGT. MATT BROWN, individually and in his capacity as a law enforcement officer,
DEP. DAVID KARSEN, individually and in his capacity as a law enforcement officer,
DEP. DANNY CUETO, individually and in his capacity as a law enforcement officer,
DEP. REGGIE WILSON, individually and in his capacity as a law enforcement officer,
DEP. BRANDON BEACH, individually and in his capacity as a law enforcement officer,
DEP. JONATHAN LAMBERT, individually and in his capacity as a law
enforcement officer,
CONTROL TECH. MAURA HENDERSON, individually and in her capacity as a law
enforcement officer,
NURSE SUE PETRILLO, individually and in her official capacity, and
CLEAR CREEK COUNTY,

    Defendants.

---

**ORDER GRANTING DISMISSAL OF CERTAIN DEFENDANTS
WITHOUT PREJUDICE**

---

    This matter is before the Court on the parties' Stipulation to Dismissal as to the following Defendants:

        Sgt. Mike Lilley
        Sgt. [FNU] Gremillion
        Sgt. Matt Brown
        Deputy Reggie Wilson
        Deputy Brandon Beach
        Clear Creek County

Based on the parties' stipulation, and pursuant to Fed.R.Civ.P. 41(a)(1), it is hereby

ORDERED that Plaintiffs' claims against the above-named Defendants are DISMISSED WITHOUT PREJUDICE, each party to bear his, her or its own costs and attorney's fees, without right of reimbursement. It is

FURTHER ORDERED that the caption on all subsequent filings shall be amended to reflect the removal of the above-referenced Defendants in this case.

DATED: June   1st  , 2009

                BY THE COURT:

                *Christine M. Arguello*
                _____
                CHRISTINE M. ARGUELLO
                United States District Judge