IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00524-CMA-KLM

THE ESTATE OF TERRANCE JORENBY, Deceased, by and through
DEBBIE JORENBY, as Personal Representative, and
DEBBIE JORENBY, individually and as surviving spouse of Terrance Jorenby,

    Plaintiffs,

v.

DON KRUEGER, individually and in his capacity as Clear Creek County Sheriff,
STU NAY, individually and in his capacity as Clear Creek County Undersheriff,
CAPT. JEFF SMITH, individually and in his capacity as a law enforcement officer,
DEP. DAVID KARSEN, individually and in his capacity as a law enforcement officer,
DEP. DANNY CUETO, individually and in his capacity as a law enforcement officer,
DEP. JONATHAN LAMBERT, individually and in his capacity as a law enforcement officer,
CONTROL TECH. MAURA HENDERSON, individually and in her capacity as a law enforcement officer, and
NURSE SUE PETRILLO, individually and in her official capacity,

    Defendants.

## ORDER SETTING CASE FOR TRIAL

The above-captioned matter has been scheduled for a **five-day jury trial** on the docket of Judge Christine M. Arguello in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **June 7, 2010 at 9:00 a.m.**

A Final Trial Preparation Conference is set for **May 14, 2010 at 1:30 p.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will**

**try the case shall attend in person, unless a written motion for alternative appearance is granted by the Court .**

These proceedings are subject to the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the District of Colorado and **the Civil Practice Standards for this courtroom**, a copy of which can be downloaded from the Court's website at www.cod.uscourts.gov, under "Judicial Officers' Procedures."

DATED:  March   25  , 2010

                              BY THE COURT:

                              *Christine M. Arguello*

                              CHRISTINE M. ARGUELLO
                              United States District Judge