IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00524-CMA-KLM

THE ESTATE OF TERRANCE JORENBY, Deceased, by and through
DEBBIE JORENBY, as Personal Representative, and
DEBBIE JORENBY, individually and as surviving spouse of Terrance Jorenby,

    Plaintiffs,

v.

DON KRUEGER, individually and in his capacity as Clear Creek County Sheriff,
STU NAY, individually and in his capacity as Clear Creek County Undersheriff,
CAPT. JEFF SMITH, individually and in his capacity as a law enforcement officer,
DEP. DAVID KARSEN, individually and in his capacity as a law enforcement officer,
DEP. DANNY CUETO, individually and in his capacity as a law enforcement officer,
DEP. JONATHAN LAMBERT, individually and in his capacity as a law
enforcement officer,
CONTROL TECH. MAURA HENDERSON, individually and in her capacity as a law
enforcement officer, and
NURSE SUE PETRILLO, individually and in her official capacity,

    Defendants.

## ORDER RE DAUBERT HEARING

This matter is before the Court on Defendants' *Daubert* Motion To Preclude Sally K. Miller's Testimony (Doc. # 50) and Defendants' *Daubert* Motion To Preclude James Selkin's Testimony (Doc. # 54). Based on the representations in said motions, the Court will set a *Daubert* hearing regarding these motions. It is, therefore,

ORDERED that Counsel for all parties are to confer and call Chambers (303-335-2174) via conference call no later than noon, March 31, 2010 with their calendars available in order to set this hearing. Dates available on this Court's calendar for such

evidentiary hearing are April 5 (afternoon), April 6, 12, or 13.  The Court will set aside two hours for this *Daubert* hearing.  Should the parties believe more time is necessary, counsel shall advise the Court of the amount of time needed when they call Chambers to set this hearing.

DATED:  March  26 , 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge